UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 19-01527JVS(ADSx) | Date | November 18, 2020 |
| Title | Gerald Forrest v Gruv, Inc, et al | | |

Present: The Honorable **James V. Selna, US District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (In Chambers)   ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

The Court, on its own motion, hereby ORDERS plaintiff(s) to Show Cause (OSC) in writing no later than **November 20, 2020**, why this action should not be dismissed for lack of prosecution. As an alternative to a written response by plaintiff(s), the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

__X__  **Pretrial Documents or Dismissal**

**On September 9, 2020 the mediator Marc Alexander filed a mediation report stating this case has settled and counsel were instructed to "promptly file documents regarding the final disposition of this case." The Courtroom Deputy has emailed the attorneys on multiple occasions inquiring about the status of the dismissal/settlement documents. To date, nothing has been filed.**

It is the plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time under Rule 55 remedies promptly upon default of any defendant, pretrial documents and any dismissal. All stipulations affecting the progress of the case must be approved by the Court. Local Rule 7-1.

: 00

Initials of Preparer    lmb